**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Skipper Maurice Drost
Attorney at Law
One Lakeshore Drive, Suite 100
Lake Charles LA 70629

**REHEARING ACTION: February 1, 2017**

**Docket Number: 16   00100-CA**

**JOSE RAFUL MARTINEZ, ET AL.**
**VERSUS**
**GEORGE ROBERT RIVET, TRUSTEE OF RIVET FAMILY TRUST**

**Appealed from Calcasieu Parish Case No. 2015-1849**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**
    **Hon. Billy Howard Ezell**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jose Raful Martinez, et al** has this day been

    **DENIED.**
    Saunders, J., would grant the rehearing.

cc: Merrick J. (Rick) Norman, Jr., Counsel for the Appellee
    Joseph P. Norman, Counsel for the Appellee